leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Balderrama has not responded to counsel's motion and brief. Our independent review of the record and counsel's brief shows that there are no nonfrivolous issues for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

PER CURIAM: *

IT IS ORDERED that Appellees unopposed motion to vacate sentence is granted.

IT IS FURTHER ORDERED that Appellees unopposed motion to remand case to district court for resentencing is granted.

IT IS FURTHER ORDERED that Appellees alternative unopposed motion to extend time to file Appellees brief until 14 days after denial of motion to vacate and remand is denied as unnecessary.

## UNITED STATES of America, Plaintiff–Appellee

v.

## Guilibaldo ALMAZAN–REYES, Defendant–Appellant.

No. 05–50052.

United States Court of Appeals, Fifth Circuit.

Decided Aug. 3, 2005.

Joseph H. Gay, Jr, Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, San Antonio, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

## Allauddin Sultan FATTU, Petitioner

v.

## Alberto R. GONZALES, U.S. Attorney General, Respondent.

No. 04–60850.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Aug. 3, 2005.

---

\* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.